Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone: (626) 765-3000
Facsimile: (626) 765-3030
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com

Attorneys for Defendant,
ALLEGIANT AIR, LLC (erroneously sued
and served as ALLEGIANT AIR)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUTH DENHAM | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(b) (DIVERSITY)** |
| vs. | |
| ALLEGIANT AIR and Does 1 through 100 | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Defendant ALLEGIANT AIR, LLC (erroneously sued and served as ALLEGIANT AIR) hereby respectfully gives notice of its removal of the above-captioned action to this Court, upon the following bases:

1.      On August 13, 2018, Plaintiff RUTH DENHAM filed her original complaint (the "Complaint") in that certain lawsuit styled *Ruth Denham v. Allegiant Air, et al.,* County of Los Angeles Superior Court case number BC717873 (the "Underlying Action"), against defendant ALLEGIANT AIR, LLC (erroneously sued and served as ALLEGIANT AIR); and fictitiously-named defendants Does 1-100.

2.      Plaintiff caused to be served upon removing Defendant Allegiant Air, LLC a copy of a summons (the "Summons") and the Complaint on August 24, 2018.

3.      Plaintiff alleges in her Complaint that she is entitled to recover damages from Defendant for injuries arising from an alleged trip and fall accident at LAX onboard an Allegiant Air aircraft on August 24, 2016 wherein Plaintiff alleges that she tripped on the base of a passenger seat while walking through the aircraft's aisle. The flight was bound for Branson, Missouri.

4.      Plaintiff's Complaint asserts one cause of action for general negligence.

5.      Plaintiff prays in the Complaint for recovery of general damages; wage loss; hospital and medical expenses; and loss of earning capacity.

6.      Plaintiff also served Defendant with a Statement of Damages signed by Plaintiff's Counsel asserting $600,000 in general damages for physical pain, suffering, and inconvenience, emotional distress, and loss of enjoyment of life, disfigurement, physical impairment and anxiety and an additional $604,000 in special damages consisting of past and future medical expenses and past and future loss of earnings.

7.      Plaintiff was an individual a residing in Branson, Missouri at the time of the accident and is currently residing in Branson, Missouri.

8.      Removing Defendant Allegiant Air, LLC was and is a corporation duly organized and existing by virtue of the laws of the State of Nevada with its principal place of business in the State of Nevada.

9.      The Underlying Action is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441 and 1446 based upon this Court's diversity jurisdiction, for the following reasons:

(a)     The plaintiff is a citizen of a different state than the defendant because (1) Plaintiff was and is a citizen of the State of Missouri; and (2) Removing

Defendant Allegiant Air, LLC is a Nevada corporation with its principal place of business in Nevada;

(b)     Plaintiff alleges a civil action against removing Defendant Allegiant Air, LLC;

(c)     The matter in controversy is asserted by Plaintiff to exceed the sum or value of $75,000, since Plaintiff claims damages in the amount of $1,204,000 per her Statement of Damages; and

(d)     One year has not yet passed since Plaintiff filed the Complaint and 30 days have not yet passed since Defendant discovered that Plaintiff was making a claim over $75,000 when her Counsel emailed Plaintiff's Statement of Damages.

10.     Attached to this notice are true and correct copies of the following documents, which comprise all the documents from the state court docket in the Underlying Action:

Exhibit A: The 8/13/18 Civil Case Cover Sheet, Complaint and Summons, and Notice of Case Assignment; the 9/21/18 Answer and Demand for Jury Trial filed by Allegiant Air, LLC; the 12/5/18 Motion to Compel Responses to Discovery and Statement of Damages, Declaration in Support and Proposed Order filed by Allegiant Air, LLC; the "Reply" Noting No Receipt of Opposition to Motion to Compel filed by Allegiant Air, LLC; and the 1/17/19 Notice of Ruling filed by Allegiant Air, LLC.

Dated:  January 23, 2019                    CUNNINGHAM SWAIM, LLP


By:  */s/ Michael J. Terhar*
    Michael J. Terhar
    Jonathan E. Hembree
    Attorneys for Defendant,
    ALLEGIANT AIR, LLC (erroneously
    sued and served as ALLEGIANT AIR)

512.0045

## <u>DEMAND FOR JURY TRIAL</u>

Defendant ALLEGIANT AIR, LLC. (erroneously sued as "ALLEGIANT AIR") hereby demands a trial by jury.

Dated:  January 23, 2019                    CUNNINGHAM SWAIM, LLP


By:  */s/ Michael J. Terhar*
Michael J. Terhar
Jonathan E. Hembree
Attorneys for Defendant,
ALLEGIANT AIR, LLC (erroneously
sued and served as ALLEGIANT AIR)

512.0045