Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile:  (626) 765-3030
Email: mterhar@cunninghamswaim.com
Email: jhembree@cunninghamswaim.com

Attorneys for Defendant,
ALLEGIANT AIR, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| RUTH DENHAM, Plaintiff, vs. ALLEGIANT AIR and Does 1 through 100, Defendant. | Case No. 2:19−cv−00507−AB−KS<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION**<br><br>[Filed Concurrently with Proposed Order For Dismissal Of Action With Prejudice]<br><br>Complaint Filed: August 13, 2018<br>Trial Date: June 9, 2020 |
|---|---|

Plaintiff, RUTH DENHAM and Defendant, ALLEGIANT AIR, LLC (erroneously sued as "ALLEGIANT AIR"), by and through their attorneys of record, hereby jointly stipulate to a Court Order Dismissing the Action with prejudice. The parties agree that each side will bear their own attorney fees and costs.

| | | |
|---|---|---|
| 1 | Dated: December 12, 2019 | CUNNINGHAM SWAIM, LLP |
| 2 | | |
| 3 | | By: */s/ Jonathan Hembree* |
| 4 | | Michael J. Terhar, Esq. |
| | | Jonathan E. Hembree, Esq. |
| 5 | | Attorneys for Defendant, |
| | | ALLEGIANT AIR, LLC |
| 6 | | |
| 7 | Dated: December 12, 2019 | BISH LAW |
| 8 | | |
| 9 | | By: */s/ Stacey R. Cutting* |
| | | Stacey R. Cutting, Esq. |
| 10 | | Attorney for Plaintiff, |
| | | RUTH DENHAM |