JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH DENHAM<br><br>         Plaintiff,<br><br>     vs.<br><br>ALLEGIANT AIR and Does 1 through 100<br><br>         Defendant. | Case No. 2:19−cv−00507−AB−KS<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

The Court hereby **GRANTS** the parties' **JOINT STIPULATION FOR ORDER OF DISMISSAL OF ACTION**. IT IS HEREBY **ORDERED:**

1. That Plaintiff RUTH DENHAM's Complaint is hereby dismissed with prejudice.
2. The parties will bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  December 19, 2019

*[signature]*

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES JUDGE

ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

156.0056